

**NUMBER 13-08-00499-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE:  JUAN GUTIERREZ AND GUADALUPE SAUCEDA

### On Petition for Writ of Mandamus and
### Motion for Emergency Temporary Relief

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam[1]

Relators, Juan Gutierrez and Guadalupe Sauceda, filed a petition for writ of mandamus and a motion for emergency relief, by which they request that this Court direct respondents/real parties in interest to verify signatures on a petition seeking to submit a ballot initiative proposing an amendment to the Harlingen City Charter.  Respondents/real parties in interest, the City of Harlingen, Sylvia Trevino, Chris Boswell, Larry Galbreath, Bobby Farris, Jay Meade, Robert Leftwich, and Thomas Hushen, filed a response on August 25, 2008 which, *inter alia*, requests that this Court award sanctions against relators. *See* TEX. R. APP. P. 52.11

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.").

The Court, having fully examined and considered the petition for writ of mandamus, the motion for emergency relief, and the response thereto, is of the opinion that relators have not shown themselves entitled to the relief sought.  *See* TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus and the motion for emergency relief are DENIED.  Moreover, we deny the request for sanctions made by respondents/real parties in interest.


PER CURIAM


Memorandum Opinion delivered and filed
on the 26th day of August, 2008.